In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-490 CR


____________________



BRIAN KEITH BIAGAS, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 94525






 MEMORANDUM OPINION 


 Brian Keith Biagas was convicted and sentenced on an indictment for attempted arson. 
Biagas filed a notice of appeal on November 4, 2005. The trial court entered a certification
of the defendant's right to appeal in which the court certified that this is a plea-bargain case
and the defendant has no right of appeal. See Tex. R. App. P. 25.2(a). At our request, the
district clerk provided a clerk's record. We reviewed the record to determine our jurisdiction
and the correctness of the certification. See Dears v. State, 154 S.W.3d 610, 613 (Tex. Crim.
App. 2005).

 Biagas pled no contest to the charged offense and the punishment did not exceed the
punishment recommended by the prosecutor and agreed to by the defendant. See Tex. R.
App. P. 25.2(a)(2). There is no written motion ruled on prior to trial, and the trial court did
not grant permission to appeal. Id. We conclude that the trial court's certification is correct,
and Biagas does not have the right to appeal.

 Accordingly, we dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED.

 ___________________________

 HOLLIS HORTON

 Justice


Opinion Delivered March 1, 2006 

Do Not Publish

Before Gaultney, Kreger, and Horton, JJ.